| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Krichevsky** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–7181** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | Date case filed in chapter **13**        **6/6/19** |
| Case number: **1–19–43516–ess** | | Date case converted to chapter **11**    **10/4/19** |

# NOTICE OF APPEAL DEFICIENCY NOTICE

**To:** Michael Krichevsky

The Notice of Appeal filed by you on **June 25, 2020**, was deficient in the following respects(s):

- ☑ Civil Cover Sheet Not Submitted.

- ☑ Other: **Fee**

Dated: June 26, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLappealdef1.jsp** [Notice of Appeal Deficiency Notice rev. 02/24/2020]