# Notice Recipients

District/Off: 0207–1      User: csmall      Date Created: 6/26/2020
Case: 1–19–43516–ess      Form ID: 772      Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael Krichevsky    4221 Atlantic Ave    Brooklyn, NY 11224
    Wells Fargo Bank, N.A. as servicing    agent for U.S.    c/o Woods Oviatt Gilman, LLP    500 Bausch & Lomb    Place Rochester, NY 14604
    U.S. Bank, NA    c/o Woods Oviatt Gilman, LLP    500 Bausch & Lomb Place    Rochester, NY 14604

TOTAL: 3