# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: csmall | Date Created: 6/26/2020 |
| Case: 1−19−43516−ess | Form ID: 771 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        New York State Department of Taxation and Finance

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
aty        Alan Smikun        alansm@nyfclaw.com
aty        Aleksandra Krasimirova Fugate        afugate@woodsdefaultservices.com
aty        Brittany J Maxon        bmaxon@woodsdefaultservices.com
aty        Elizabeth L Doyaga        edoyaga@flwlaw.com
aty        Josh Russell        josh.russell@tax.ny.gov
aty        Michelle C Marans        MMarans@flwlaw.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Michael Krichevsky        4221 Atlantic Ave        Brooklyn, NY 11224
cr        Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage        c/o The Margolin & Weinreb Law Group LLP        165 Eileen Way – Suite 101        Syosset, NY 11791
cr        Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F        Woods Oviatt Gilman, LLP        500 Bausch & Lomb Place        Rochester, NY 14604
cr        Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T        c/o Frenkel Lambert et al.        53 Gibson Street        Bay Shore, NY 11706
ct        Court        271 Cadman Plaza East        Brooklyn, NY 11201

TOTAL: 5