**REED SMITH LLP**
Natsayi Mawere, Esq.,
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Email: nmawere@reedsmith.com

*Counsel for Defendant Secured Creditor, Wells Fargo Bank, N.A.,*
*as Servicing Agent for U.S. Bank National Association,*
*as Trustee for Banc of America Funding Corporation*
*Mortgage Pass-Through Certificates, Series 2006-F*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Michael Krichevsky,

        Plaintiff,

    v.

US Bank, NA, Wells Fargo Bank NA
Woods Oviatt Gilman, LLP
Brittany J. Maxon, Esq.
Aleksandra K. Fugate, Esq.
David B. Wildermuth, Esq.
Donald W. O'Brien, Jr., Esq.
Charice Gladden
Frenkel Lambert Weiss
Weisman Gordon, LLP
Elizabeth S. Stong, Esq.

        Defendants.

**NOTICE OF APPEARANCE**

Civil Docket No. 1:20-cv-02343-RRM

**PLEASE TAKE NOTICE** that Reed Smith LLP, by Natsayi Mawere, Esq., appears herein as counsel for Defendant Secured Creditor, Wells Fargo Bank, N.A. as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated: July 22, 2020  
      New York, New York

Respectfully Submitted,

**REED SMITH LLP**

By: /s/ Natsayi Mawere  
Natsayi Mawere  
599 Lexington Avenue  
New York, New York 10022  
Tel: 212-521-5400  
Fax: 212-521-5450  
nmawere@reedsmith.com

*Counsel for Defendant Secured Creditor, Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2020 the foregoing **Notice of Appearance** was filed with the Clerk of the Court through this Court's CM/ECF electronic filing system and served in accordance with the Federal Rules of Civil Procedure, and/or the rules of the Eastern District of New York.

                                                    /s/ Natsayi Mawere
                                                    Natsayi Mawere