| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Krichevsky** | Social Security number or ITIN **xxx–xx–7181** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed in chapter **13**      **6/6/19** |
| Case number: | **1–19–43516–ess** | Date case converted to chapter **11**   **10/4/19** |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on July 25, 2020 by Michael Krichevsky, appealing Order Pursuant to 11 U.S.C. § 362 (D) Terminating The Automatic Stay Imposed By 11 U.S.C. § 362 (a), document number 70.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

Order on Motion For Relief From Stay, Notice of Appeal, Civil Cover Sheet, Appellant Designation

Dated: July 27, 2020

Robert A. Gavin, Jr., Clerk of Court

By: s/ Charlene Small

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]