# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: csmall | Date Created: 7/27/2020 |
| Case: 1–19–43516–ess | Form ID: 770 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          New York State Department of Taxation and Finance

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov
aty         Alan Smikun          alansm@nyfclaw.com
aty         Aleksandra Krasimirova Fugate          afugate@woodsdefaultservices.com
aty         Brittany J Maxon          bmaxon@woodsdefaultservices.com
aty         Elizabeth L Doyaga          edoyaga@flwlaw.com
aty         Josh Russell          josh.russell@tax.ny.gov
aty         Michelle C Marans          MMarans@flwlaw.com
aty         Natsayi Mawere          nmawere@reedsmith.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Krichevsky          4221 Atlantic Ave          Brooklyn, NY 11224
cr          Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage          c/o The Margolin & Weinreb Law Group LLP          165 Eileen Way – Suite 101          Syosset, NY 11791
cr          Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass–Through Certificates, Series 2006–F          Woods Oviatt Gilman, LLP          500 Bausch & Lomb Place          Rochester, NY 14604
cr          Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass–T          c/o Frenkel Lambert et al.          53 Gibson Street          Bay Shore, NY 11706
ct          Court          271 Cadman Plaza East          Brooklyn, NY 11201

TOTAL: 5