| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Michael Krichevsky** | | | Social Security number or ITIN | **xxx–xx–7181** |
| | First Name  Middle Name  Last Name | | | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN  _ _ _ _ | |
| | | | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of New York** | | | Date case filed in chapter **13** | **6/6/19** |
| Case number: | **1–19–43516–ess** | | | Date case converted to chapter **11** | **10/4/19** |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on June 25, 2020 by Michael Krichevsky, appealing Order Pursuant to 11 U.S.C. § 362 (D) Terminating The Automatic Stay Imposed By 11 U.S.C. § 362 (a), document number 70.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

[3–1] Claim filed by Wells Fargo Bank, N.A. as servicing agent for U.S.
[3–2] Amended Claim file by Wells Fargo Bank, N.A. as servicing agent for U.S.

Dated: August 6, 2020

Robert A. Gavin, Jr., Clerk of Court

By: s/ Charlene Small

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]