# Notice Recipients

District/Off: 0207–1     User: csmall     Date Created: 8/6/2020
Case: 1–19–43516–ess     Form ID: 770     Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     New York State Department of Taxation and Finance

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Alan Smikun     alansm@nyfclaw.com
aty     Aleksandra Krasimirova Fugate     afugate@woodsdefaultservices.com
aty     Brittany J Maxon     bmaxon@woodsdefaultservices.com
aty     Elizabeth L Doyaga     edoyaga@flwlaw.com
aty     Josh Russell     josh.russell@tax.ny.gov
aty     Michelle C Marans     MMarans@flwlaw.com
aty     Natsayi Mawere     nmawere@reedsmith.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael Krichevsky     4221 Atlantic Ave     Brooklyn, NY 11224
cr     Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage     c/o The Margolin & Weinreb Law Group LLP     165 Eileen Way – Suite 101     Syosset, NY 11791
cr     Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass–Through Certificates, Series 2006–F     Woods Oviatt Gilman, LLP     500 Bausch & Lomb Place     Rochester, NY 14604
cr     Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass–T     c/o Frenkel Lambert et al.     53 Gibson Street     Bay Shore, NY 11706
ct     Court     271 Cadman Plaza East     Brooklyn, NY 11201

TOTAL: 5